# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

CHERYL M. LONG,  )
       )
    Plaintiff, )  Case No. 2:12-cv-01417-JCM-GWF
       )
vs.       )  **ORDER**
       )
SOCIAL SECURITY ADMINISTRATION, )
       )
    Defendant. )
_____)

  This matter is before the Court on Plaintiff's Motion to Serve Party with Summons and Complaint (#15), filed December 27, 2012. Plaintiff requests the court issue a summons to the United States Attorney for the District of Nevada and deliver the summons and complaint to the U.S. Marshal for service. A return of service upon the United States Attorney of the Summons and Complaint was filed with the Court on January 16, 2013. Accordingly,

  **IT IS ORDERED** that Plaintiff's Motion to Serve Party with Summons and Complaint (#15) is **denied,** as moot.

  DATED this 25th day of January, 2013.

              _____
              GEORGE FOLEY, JR.
              United States Magistrate Judge